(101) CITATION: PETITION FOR DAMAGES / REQUEST FOR NOTICE /
FIRST SET OF INTERROGATORIES / REQUEST FOR PRODUCTION OF     220504-1400-6
DOCUMENTS;

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

SERVED ON
R. KYLE ARDOIN

MAY 10 2022

JAMES H BALL, MARTHA BALL
  versus
NATIONAL CASUALTY COMPANY, TFS HOLDINGS
LLC, MARVIN VASQUEZ-SOSA

Case: 827-611    Div: "D"
P 1 JAMES H BALL
SECRETARY OF STATE
COMMERCIAL DIVISION

To: NATIONAL CASUALTY COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS:
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE LA 70809

#63872 $39.36 EBR
#63871 $50.00 S/S

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES / REQUEST FOR NOTICE / FIRST SET OF INTERROGATORIES / REQUEST FOR PRODUCTION OF DOCUMENTS of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within (30) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney JIM S. HALL and was issued by the Clerk of Court on the 4th day of May, 2022.

/s/ Donna G. Muscarello
Donna G. Muscarello, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES / REQUEST FOR NOTICE /
FIRST SET OF INTERROGATORIES / REQUEST FOR PRODUCTION OF     220504-1400-6
DOCUMENTS;

Received:_____ Served:_____ Returned:_____

Service was made:
___ Personal     ___ Domicilary _____

Unable to serve:
___ Not at this address     ___ Numerous attempts _____ times
___ Vacant                  ___ Received too late to serve
___ Moved                   ___ No longer works at this address
___ No such address         ___ Need apartment / building number
___ Other _____

Service: $_____  Mileage: $_____  Total: $_____
Completed by:_____ #_____
             Deputy Sheriff
Parish of: _____

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

Page 1 of 1

P1
835

## 24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO. 827-611                          DIVISION "D"

### JAMES H. BALL husband of/and MARTHA BALL

### VERSUS

### NATIONAL CASUALTY COMPANY, TFS HOLDINGS, LLC and MARVIN VASQUEZ-SOSA

FILED: _____     _____
                                                         DEPUTY CLERK

*****************************************************************************

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes James H. Ball husband of/and Martha Ball, persons of the full age of majority and residents of the Parish of Jefferson, State of Louisiana, who with respect represent that:

1.

Made defendants herein are:

a) National Casualty Company, upon information and belief, a foreign insurance company authorized to do and doing business in the State of Louisiana;

b) TFS Holdings, LLC, a foreign corporation authorized to do and doing business in the State of Louisiana; and

c) Marvin Vasquez-Sosa, a person of the full age of majority and a resident of and domiciled in the County of Harris, State of Texas.

2.

The defendants, National Casualty Company, TFS Holdings, LLC and Marvin Vasquez-Sosa, jointly, severally, and in solido liable unto petitioners, James H. Ball husband of/and Martha Ball, in a full and true sum to be determined by this Honorable Court, together with legal interest from date of judicial demand and for all costs of these proceedings for the following, to-wit:

3.

On or about May 4, 2021, your petitioner, James H. Ball, was the owner and operator of a 2021 Chevrolet Silverado, traveling Southbound on US61 (Airline Drive) near the intersection of N. Laurel in the Parish of Jefferson, State of Louisiana. A 2015 Freightline Cascadia, driven by Marvin Vasquez-Sosa and owned by TFS Holdings, LLC, also traveling Southbound on US61, directly behind the Ball vehicle, disregard the stopped Ball vehicle and rear-ended the 2021 Chevrolet Silverado, pushing the Ball vehicle into the vehicle in front of him causing both collisions.


JON A. GEGENHEIMER
05/03/2022 10:44:48 CERTIFIED TRUE COPY - Pg:1 of 6 - Jefferson Parish Clerk of Court - ID:2265642

24th E-Filed: 04/27/2022 10:39 Case: 827611 Div:D Atty:021644 JIM S HALL

4.

As a result of this accident, petitioner, James H. Ball, suffered physical and mental injuries as well as other injuries and damages which may be shown upon the trial of this matter.

5.

A proximate cause of this accident was the negligence of defendant, Marvin Vasquez-Sosa, which negligence consists of, but is not limited to, the following:

a) Following too closely;

b) Failure to see what should have been seen;

c) Reckless and careless operation of a motor vehicle;

d) Violation of state and municipal statutes, including but not limited to following too closely; and

e) Any other acts of negligence which may be shown upon the trial of this matter.

6.

At all pertinent times hereto, the defendant, Marvin Vasquez-Sosa, was in the course and scope of his employment with TFS Holdings, LLC, and as such TFS Holdings, LLC, is vicariously liable for the negligence of the defendant, Marvin Vasquez-Sosa, under the doctrine of respondeat superior.

7.

As a result of this accident, your petitioner, James H. Ball, suffered the following damages:

a) Past, present and future pain and suffering;

b) Past, present and future medical expenses;

c) Past, present and future loss of enjoyment of life;

d) Past, present and future humiliation, embarrassment and inconvenience;

e) Past, present and future mental anguish;

f) Past, present, and future lost wages;

g) Property damage;

h) Loss of use of his vehicle;

I) Past, present and future loss of earning capacity; and,

j) Any other damages which may be shown upon the trial of this matter.



2

05/03/2022 10:44:48 CERTIFIED TRUE COPY - Pg:2 of 6 - Jefferson Parish Clerk of Court - ID:2265642

8.

At all pertinent time hereto, Martha Ball was the wife of James Ball, and as a result of the negligence of the defendant, Marvin Vasquez-Sosa, she suffered damages in the nature of loss of society, services and consortium all of which she is entitled to sue and recover, for pursuant to Louisiana Civil Code Art. 2315, et seq.

9.

At the time of the accident, under information and belief, defendant, National Casualty Company, had in full force and effect, a policy of liability insurance covering defendants, TFS Holdings, LLC and Marvin Vasquez-Sosa, and as such is liable to petitioners for their injuries and/or damages.

**WHEREFORE**, petitioners, James H. Ball husband of/and Martha Ball, pray that your defendants, National Casualty Company, TFS Holdings, LLC and Marvin Vasquez-Sosa, be duly served and cited to appear and answer this Petition for Damages and after all due proceedings are had, that there be judgment herein in favor of petitioners and against defendants jointly, severally and in solido in a full and true sum to be determined by this Honorable Court, together with interest from the date of judicial demand, for all costs of these proceedings, expert witness fees, and for all general and equitable relief within the power of this Honorable Court.

Respectfully Submitted:

JIM S. HALL (#21644)
MATTHEW B. MORELAND (#24567)
JENNIFER L. CROSE (#32116)
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: 504-832-3000
Email: jodi@jimshall.com
mmoreland@jimshall.com
jcrose@jimshall.com

**PLEASE SERVE w/ Petition for Damages
and Interrogatories & Request for Production
of Documents:**

**NATIONAL CASUALTY COMPANY**
Through its agent for service of process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**\*\*service continued on next page\*\***



3

05/03/2022 10:44:48 CERTIFIED TRUE COPY - Pg:3 of 6 - Jefferson Parish Clerk of Court - ID:2265642

**Through the Louisiana Long Arm Statute:**
**TFS HOLDINGS, LLC**
Through its agent for service of process:
Ken Smith
2700 Greens Road
Bldg. F, Suite 300e
Houston, Texas 77032

**Through the Louisiana Long Arm Statute:**
**MARVIN VASQUEZ-SOSA**
21214 Fox Orchard Court
Humble, Texas 77338

4



05/03/2022 10:44:48 CERTIFIED TRUE COPY - Pg:4 of 6 - Jefferson Parish Clerk of Court - ID:2265642

24th E-Filed: 04/27/2022 10:39 Case: 827611 Div:D Atty:021644 JIM S HALL

PI
S/S

## 24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO. 827-611                                                      DIVISION " D "

### JAMES H. BALL husband of/and MARTHA BALL

### VERSUS

### NATIONAL CASUALTY COMPANY, TFS HOLDINGS, LLC and MARVIN VASQUEZ-SOSA

FILED: _____        _____
                                                                DEPUTY CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR NOTICE

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, we hereby request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial of any pleading or motions therein, at least ten (10) days before any trial date.

We also request notice of signing of any final judgment or of the rendition of any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully Submitted:

JIM S. HALL (#21644)
MATTHEW B. MORELAND (#24567)
JENNIFER L. CROSE (#32116)
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: 504-832-3000
Facsimile: 504-832-1799
Email: jodi@jimshall.com
           mmoreland@jimshall.com
           jcrose@jimshall.com

5



JON A. GEGENHEIMER
05/03/2022 10:45:21 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:2265646